✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CHRISTOPHER WISE** | Crim. No.   5:20-CR-00003-001 (MTT) |

On February 26, 1999, Christopher Wise was sentenced to a total of 352 months in the custody of the Federal Bureau of Prisons followed by 120 months on supervised release after pleading guilty to the offenses of Conspiracy to Possess with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 846; Maintaining a Place for the Purpose of Distributing a Controlled Substance, in violation of 21 U.S.C. § 846; Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g); and Use of a Firearm during and in Relation to the Commission of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c). As a special condition of supervision, the Court ordered Mr. Wise to comply with the following: (1) participate as directed in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. On June 8, 1999, the Court reduced the defendant's imprisonment to a total of 240 months, pursuant to a Rule 35(b) motion.

On April 29, 2016, the supervised release period of 120 months commenced in the Middle District of Georgia. Jurisdiction of the defendant's case was transferred to the Middle District of Georgia in February 2020. His case meets the local exception to the national policy as established by the Chief U.S. Probation Officer which will allow for a recommendation for early termination of career offenders who have remained compliant and have successfully completed over five years of the term of supervised release. Christopher Wise has complied with the rules and regulations of supervised release. In this case, the U.S. Probation Office is of the opinion that the person under supervision is no longer in need of supervision.

Respectfully submitted,

*Nico L. Humphrey*

Nico L. Humphrey
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  11th  day of  January , 2022.

S/ Marc T. Treadwell

MARC T. TREADWELL
CHIEF U.S. DISTRICT JUDGE